IN RE ESTATE OF CAROLINE A. REEVES.
LUCY JANE GRAY, APPELLEE, V. THOMAS REEVES MORROW
ET AL., APPELLANTS.

FILED JULY 17, 1930. No. 27327.

*J. A. Singhaus* and *Clarence G. Miles,* for appellants.

*Kirkpatrick, Good & Dougherty, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an appeal by Thomas Reeves Morrow and Annie C. Morrow, his guardian, from a judgment of the district court for York county admitting to probate the will of Caroline A. Reeves.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.